# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-5886

**Case Name** Brian Tackett v. Providence Sacred Heart Medical Center, et al.

**Counsel submitting this form** Rory D. Cosgrove

**Represented party/parties** Appellees Providence and K. Chaganur, MD

*Briefly describe the dispute that gave rise to this lawsuit.*

Robbie Ann Tackett received medical care at Providence Sacred Heart Medical Center in November 2018 to treat an acute stroke. Nearly nine months later, Ms. Tackett died of a sudden cardiac event.

Plaintiff Brian Tackett, as the personal representative of the Estate of Robbie Ann Tackett, sued Defendants-Appellees Providence Sacred Heart Medical Center and Kavitha Chagabur, M.D. for medical negligence.

*Briefly describe the result below and the main issues on appeal.*

After Plaintiff rested his case-in-chief, the District Court granted Appellees' motion for judgment as a matter of law under Federal Rule of Civil Procedure 50 (a) and entered final judgment.

Plaintiff presumably will challenge that decision on appeal.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None exist.

**Signature** s/ Rory D. Cosgrove **Date** 9/15/2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*