UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRIAN TACKETT, individually and BRIAN TACKETT, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T,

Plaintiffs - Appellants,

v.

PROVIDENCE SACRED HEART MEDICAL CENTER and KAVITHA CHAGANUR, M.D.,

Defendants - Appellees.

No. 26-5886

D.C. No.
2:24-cv-00262-TOR
Eastern District of Washington, Spokane

ORDER

This case is released from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator